UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-24042-Civ-COOKE/TURNOFF
Case No. 11-23876-Civ-COOKE/TURNOFF

DEREK J. BRUCE, *et al.*,

    Plaintiffs
vs.

JIANGBO PHARMACEUTICALS, INC.,
*et al.*,

    Defendants.
_____/

## ORDER CONSOLIDATING CASES

THIS MATTER is before me on an independent review of the record. The present action raises essentially identical facts and claims as in *William Lindquist, et al. v. Jiangbo Pharmaceuticals, Inc., et al.*, Case No. 11-23876. In both actions, Plaintiffs bring a shareholder derivative action on behalf of Jiangbo Pharmaceuticals, Inc. ("Jiangbo"), alleging that Defendants, Jiangbo officers and directors, breached fiduciary duties owed to Jiangbo by causing the company to transfer approximately $31 million to Shandong Hilead Biotechnology Co., Ltd.

Accordingly, it is **ORDERED AND ADJUDGED** that these cases shall be **CONSOLIDATED**, as follows:

1.     *Derek Bruce, et al. v. Jiangbo Pharmaceuticals, Inc., et al.*, Case No. 11-24042, is **CONSOLIDATED** with related lower-numbered action, *William Lindquist, et al. v. Jiangbo Pharmaceuticals, Inc., et al.*, Case No. 11-23876, including all claims and causes of action.

2.     Higher-numbered action *Derek Bruce, et al., v. Jiangbo Pharmaceuticals, Inc., et al.*, Case No. 11-24042, is ***administratively* CLOSED**. All previous orders, deadlines and case schedules filed in Case No. 11-24042 are **VACATED.** All filings going forward shall be filed <u>only</u> in *William Lindquist, et al. v. Jiangbo Pharmaceuticals, Inc., et al.*, Case No. 11-23876.

3.	A Consolidated Amended Complaint shall be filed in Case No. 11-23876 within thirty days from the date of this Order.

**DONE and ORDERED** in chambers at Miami, Florida, this 28th day of December 2011.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*