**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 11-23876-Civ-Cooke/Goodman**

WILLIAM LINDQUIST AND DEREK J.
BRUCE, DERIVATIVELY AND ON
BEHALF OF JIANGBO
PHARMACEUTICALS, INC.,

      Plaintiffs,

  v.

JIANGBO PHARMACEUTICALS, INC.,
CAO WUBO, FENG XIAOWEI, HUANG LEI,
GE JIAN, GEORGE (GUOQING) ZHOU, JIN
LINXIAN, ELSA SUNG, ZILING SUN,
MICHAEL MARKS, AND JOHN (YANG)
WANG,

      Defendants.
_____/

## SUGGESTION OF BANKRUPTCY

On March 13, 2013, an involuntary petition under Chapter 7 of Title 11, United States Code was filed against Jiangbo Pharmaceuticals, Inc., initiating bankruptcy case number 13-15624-RBR in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court").  A Chapter 7 Order for Relief was entered for the debtor on April 15, 2013, and Sonya L. Salkin was appointed as Chapter 7 Trustee. Accordingly, this Order for Relief acts as an automatic stay of all actions listed in 11 U.S.C. §362(a) as to Jiangbo Pharmaceuticals, Inc., or as to any interest in property it may have, subject to further order of the Bankruptcy Court.  It does not stay actions as to any other person (or their property interests) who may be co-parties in such cases.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida, that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing Suggestion of Bankruptcy was filed using CM/ECF and served this 22nd day of May, 2013: (i) via CM/ECF upon all parties registered to receive Notice(s) of Electronic Filing (NEF) in this bankruptcy case, and/or (ii) via First Class U.S. Mail, unless stated otherwise, upon the parties listed on the attached Service List and Mailing Matrix, as applicable.

        Salkin, Moffa & Bonacquisti, LLP
        Attorneys for Chapter 7 Trustee
        1776 N Pine Island Road #222
        Plantation, Florida 33322
        Telephone   954-634-4733
        FAX           954-337-0637

        By: /s/ Mark Bonacquisti
        Mark Bonacquisti
        FBN 0703257
        Mark@TrusteeLawFirm.com

**SERVICE LIST**

**Via First Class U.S. Mail**

Jiangbo Pharmaceuticals, Inc.
c/o Secretary of State
P.O. Box 6327
Tallahassee, FL 32314