UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-23876-Civ-COOKE/TURNOFF

WILLIAM LINDQUIST, *et al.*,

    Plaintiffs

vs.

JIN LINXIAN, *et al.*,

    Defendants.

_____/

ORDER STAYING CASE AS TO DEFENDANT
JIANGBO PHARMACEUTICALS, INC. UPON SUGGESTION OF BANKRUPTCY

THIS CASE is before me on the Notice of Filing Suggestion of Bankruptcy (ECF No. 68). The Suggestion of Bankruptcy triggers an automatic stay of this case pursuant to 11 U.S.C. § 362. It is therefore **ORDERED and ADJUDGED** that:

1. This case is **STAYED** as against Defendant Jiangbo Pharmaceuticals, Inc. only, until the conclusion of the bankruptcy action involving that Defendant.

3. Beginning June 31, 2013, and every sixty days thereafter, the parties shall file a status report with this Court outlining, in detail, the status of the bankruptcy action. Failure to timely file a status report in compliance with this order may result in sanctions.

4. If the bankruptcy court lifts the automatic stay in this matter the parties must provide the Court with a copy of the order within ten days of its issuance.

**DONE and ORDERED** in chambers, at Miami, Florida, this 29TH day of May 2013.

                                              MARCIA G. COOKE
                                              United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*