UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-23876-Civ-COOKE/GOODMAN

WILLIAM LINDQUIST, *et al.*,

    Plaintiffs
vs.

JIN LINXIAN, *et al.*,

    Defendants.
_____/

## ORDER STAYING CASE

THIS CASE is before me on Trustee's, Sonya Salkin, Notice of Removal and Notice of Filing Orders Issued in the United States Bankruptcy Court. ECF Nos. 73; 74; 75. This case has been removed to the Bankruptcy Court, Case No. 13-1503-RBR. On August 19, 2013, in the adversary proceedings, the Honorable Raymond Ray, noting the agreement between the parties, granted the removal, provided, however, that the bankruptcy reference for the claims against Elsa Sung be withdrawn only for purposes of a jury trial and issuing the final orders or judgments on dispositive motions. Order on Notice of Removal, Adversary Proceedings, ECF No. 22. On the same day, the Honorable Raymond Ray abated the adversary proceedings for 180 days so that the Trustee may complete her ongoing investigation and discovery. Order on the Trustee's Motion to Intervene and Motion to Abate Case, Adversary Proceedings, ECF No. 22. Having reviewed the Notices, the record, and the relevant legal authorities, it is **ORDERED and ADJUDGED** as follows:

1. This action is **STAYED** pending the completion of Trustee's investigation and discovery.

2. Within 10 days of the termination of the abatement by the Bankruptcy Court, the parties in this case shall file a status report indicating the unresolved issues regarding

the claims against Elsa Sung and propose a schedule to file their dispositive motions. The Court will reopen and recommence proceedings if some issues remain pending.

3. The Clerk shall *administratively* **CLOSE** this case for administrative purposes.

4. All pending motions are **DENIED as moot** without prejudice to refile upon the reopening of the case

**DONE and ORDERED i**n chambers at Miami, Florida, this 6th day of September 2013.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*