UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-23876-Civ-COOKE/GOODMAN

WILLIAM LINDQUIST, *et al*.,

   Plaintiffs

vs.

JIN LINXIAN, *et al.*,

   Defendants.                                    /

**DEFENDANT ELSA SUNG'S NOTICE OF RELATED ACTION**

Defendant Elsa Sung, in accordance with Rule 3.8 of the Local Rules of the United States District Court for the Southern District of Florida and Section 2.15.00(c) of the Court's Internal Operating Procedures, files this Notice and states:

1. The instant case is a derivative action against Elsa Sung, the former Chief Financial Officer of Jiangbo Pharmaceuticals, Inc. ("Jiangbo" or the "Company"), the Company, other officers and directors of the Company, and its auditors alleging, among other things, breach of fiduciary duty, corporate waste and gross mismanagement (the "Derivative Case").

2. After the Derivative Case was filed, Jiangbo was placed into involuntary bankruptcy under Chapter 7. The case, pending in the United States Bankruptcy Court for the Southern District of Florida, is captioned *In re Jiangbo Pharmaceuticals, Inc. f/k/a Genesis Pharmaceuticals Enterprises, Inc.*, No. 13-15624-RBR (the "Bankruptcy Action").

3. Following the Chapter 7 bankruptcy petition, this Court stayed the Derivative Case against the Company until the conclusion of the Bankruptcy Action. [ECF No. 76.]

4. Thereafter, the bankruptcy trustee filed a notice of removal, removing the Derivative Case against Ms. Sung and the other defendants to the Bankruptcy Action

(Bankruptcy Action, ECF No. 1), and a motion to intervene as plaintiff in the Derivative Case (Bankruptcy Action, ECF No. 12). Ms. Sung objected to the notice of removal and sought remand of the Derivative Case. [Bankruptcy Action, ECF No. 5.] The bankruptcy court granted the motion to intervene (Bankruptcy Action, ECF No. 21) and granted the removal (Bankruptcy Action, ECF No. 23). However, pursuant to agreement between the trustee and Ms. Sung, the bankruptcy court ordered the bankruptcy reference for the claims against Ms. Sung withdrawn for purposes of a jury trial and issuing final orders or judgment on case dispositive motions relating to Ms. Sung. *Id.* Thus, this Court maintains jurisdiction to oversee any jury trial involving Ms. Sung and to finally rule on dispositive motions relating to her.

5. After mediation and extensive negotiations, Ms. Sung and the trustee agreed upon the terms of a settlement, which included among other things, that the Derivative Action be dismissed with prejudice against Ms. Sung, the payment of $900,000 to the bankruptcy estate by Ms. Sung's D&O insurer, and releases by the parties. The settlement was conditioned upon Court approval of a bar order which would bar the prosecution of other claims against Ms. Sung arising from her employment at Jiangbo.

6. The bankruptcy court approved the settlement and the requested bar order (the "Order"). [Bankruptcy Action, ECF No. 146.]

7. Thereafter, two shareholders who had previously brought a securities class action against Jiangbo, Ms. Sung, and others before this Court, as *In re Jiangbo Pharmaceuticals, Inc. Sec. Litig.*, No. 11-22556-Civ-COOKE/TORRES,[1] appealed the Order. The appeal is styled: *Brophy v. Salkin*, No. 14-CV-62780-JIC (S.D. Fla.) (the "Related Action").

---

[1] This court dismissed the securities class action against Ms. Sung and the auditor and the dismissal was recently affirmed by the Eleventh Circuit. *See Brophy v. Jiangbo Pharmaceuticals, Inc.*, No. 14-10213, 2015 WL 1321524 (11th Cir. Mar. 25, 2015).

8. The Related Action, currently pending before District Court Judge James I. Cohn, involves subject matter that is a material part of the subject matter of the instant action because the outcome of the Related Action may directly affect the settlement of the Derivative Case as to Ms. Sung.

Dated: April 29, 2015

By: /s/ Tracy A. Nichols
Tracy A. Nichols (FBN 454567)
tracy.nichols@hklaw.com
Louise McAlpin (FBN 983810)
louise.mcalpin@hklaw.com
Stephen P. Warren (FBN 788171)
stephen.warren@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida  33131
Tel. (305) 374-8500
Fax (305) 789-7799

*Attorneys for Defendant Elsa Sung*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 29, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel listed below either via transmission of Notices of Electronic Filing generated by CM/ECF or by email and first-class mail:

**Ethan D. Wohl**
ewohl@wohlfruchter.com
WOHL & FRUCHTER LLP
570 Lexington Avenue
16th Floor
New York, NY 10022

**Brett M. Amron**
bamron@bastamron.com
**Morgan B. Edelboim**
medelboim@bastamron.com
BAST AMRON LLP
1 S.E. Third Avenue
Suite 1400
Miami, FL 33131

**Laurence Matthew Rosen**
lrosen@rosenlegal.com
THE ROSEN LAW FIRM
275 Madison Avenue
34th Floor
New York, NY 10016

**Kristi Stahnke McGregor**
kmcgregor@milberg.com
MILBERG LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119

*Attorneys for Lead Plaintiffs-Appellants*

**John Cody German**
cody.german@csklegal.com
**Blake S. Sando**

**John A. Moffa**
john@mbpa-law.com
**Mark Bonacquisti**
mark@mbpa-law.com
MOFFA & BONACQUISTI, P.A.
1776 North Pine Island Road
Suite 102
Plantation, FL 33322-5223

**David C. Cimo**
dcimo@gjb-law.com
**Marilee A. Mark**
mmark@gjb-law.com
GENOVESE JOBLOVE &
BATTISTA, P.A.
100 SE 2nd Street
44th Floor
Miami, FL 33131

*Attorneys for Chapter 7 Trustee Sonya L. Salkin*

**Steven J. Brodie**
sbrodie@cfjblaw.com
**Aaron S. Weiss**
aweiss@cfjblaw.com
CARLTON FIELDS JORDEN
BURT, P.A.
100 SE Second Street
Suite 4200
Miami, FL 33131

**Kevin P. McCoy**
kmccoy@cfjblaw.com
**Nancy J. Faggianelli**

4

| | |
|---|---|
| blake.sando@csklegal.com<br>COLE SCOTT KISSANE PA<br>9150 South Dadeland Blvd.<br>Suite 1400<br>Miami, FL 33156<br><br>*Attorneys for Defendant Frazer LLP* | nfaggianelli@cfjblaw.com<br>CARLTON FIELDS JORDEN BURT, P.A.<br>4221 W Boy Scout Blvd.<br>Suite 1000<br>Tampa, FL 33607<br><br>*Attorneys for Intervenor National Union Fire Insurance Company of Pittsburgh, PA* |

#35235159_v1